IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TROY K. CURRY-PENNAMON,

      Appellant,

v.

                                    Case No.  5D23-1843
                                    LT Case No. 2011-CF-13949

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 3, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Jonathan D. Sacks, Judge.

Troy K. Curry-Pennamon,
Okeechobee, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, LAMBERT and PRATT, JJ., concur.